IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICHARD A. DUNCAN,                    )        CASE NO.  1: 07 CV 440
                                      )
        Plaintiff,                    )        JUDGE DONALD C. NUGENT
                                      )
        v.                            )
                                      )
VILLAGE OF MIDDLEFIELD, et al.,       )                JUDGMENT
                                      )
        Defendants.                   )

    Pursuant to a Memorandum Opinion and Order of this Court, the Report and

Recommendation issued by Magistrate Judge Kenneth S. McHargh is hereby ADOPTED (ECF #

38).  The Village of Middlefield's Motion for Summary Judgment is GRANTED (ECF # 29),

and Plaintiff's Motion for Leave to File a Motion for Summary Judgment is DENIED (ECF #

33).  Plaintiff's Complaint is hereby DISMISSED with prejudice.  This case is TERMINATED.

    IT IS SO ORDERED.

                                        *s/ Donald C. Nugent*
                                        DONALD C. NUGENT
                                        United States District Judge

DATED: November 13, 2007